BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
 YIU SING LEUNG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:20-cr-00301-RFB-BNW |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| YIU SING LEUNG, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Susan Cushman, Esq., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant YIU SING LING, that the sentencing hearing in the above-captioned matter, currently scheduled for August 3, 2021 at the hour of 1:00 p.m., be vacated and continued for at least sixty to ninety (60-90) days.

This Stipulation is entered for the following reasons:

1. Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the present case on May 4, 2021. Sentencing as to Defendant LEUNG is presently scheduled for August 3, 2021 at the hour of 1:00 p.m. The Presentence Investigation Report was completed and served by U.S. Probation Officer Leo Sanchez on June 25, 2021.

1

2. Defendant LEUNG and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate the contents of the Presentence Investigation Report, lodge any applicable objections to the Report, and to prepare an effective Sentencing Memorandum to assist the Court in determining the best sentence for Defendant LEUNG. A sixty to ninety day postponement of the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the Government does not object to Defendant LEUNG's request.

3. The presently scheduled sentencing hearing also conflicts with a commitment of Defendant LEUNG's undersigned counsel, Richard J. Pocker, Esq. Mr. Pocker presently serves as a Delegate on behalf of the State Bar of Nevada to the American Bar Association's House of Delegates, the ultimate governing body of that national organization. The National Council of Bar Presidents (of which Mr. Pocker is also a member) and the House of Delegates are scheduled to conduct meetings in Chicago, Illinois in the early weeks of August 2021, the time period during which Defendant LEUNG's sentencing is presently scheduled. Mr. Pocker is scheduled to be outside the District of Nevada, attending these meetings.

4. Defendant LEUNG is presently free on pretrial release pending his sentencing, and does not object to the requested continuance. He is determined to insure that the Court has all relevant and available information or advocacy on his behalf before the sentencing. Denial of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately prepare for his sentencing hearing.

5. This is the first request to continue Defendant LEUNG's sentencing hearing.

DATED this 30th day of June, 2021.

| BOIES SCHILLER FLEXNER LLP | CHRISTOPHER CHIOU |
| --- | --- |
|  | Acting United States Attorney |
| By: s/ Richard J. Pocker | By: s/ Susan Cushman |
| RICHARD J. POCKER, ESQ. | SUSAN CUSHMAN |
| Counsel for Yiu Sing Leung | Assistant United States Attorney, |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:20-cr-00301-RFB-BNW |
| v. | ) |
| YIU SING LEUNG, | ) |
| Defendant. | ) |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for August 3, 2021, at the hour of 1:00 p.m., be vacated and continued to <u>November 2, 2021 at 10:00 AM.</u>

DATED: <u>July 7, 2021</u>.

_____
RICHARD F. BOULWARE, Ii
UNITED STATES DISTRICT JUDGE