BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
  YIU SING LEUNG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:20-cr-00301-RFB-BNW |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| YIU SING LEUNG, | **(Second Request)** |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Jacob Operskalski, Esq., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant YIU SING LEUNG, that the sentencing hearing in the above-captioned matter, currently scheduled for November 2, 2021 at the hour of 10:00 a.m., be vacated and continued for at least sixty to ninety (60-90) days.

   This Stipulation is entered for the following reasons:

   1.   Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the present case on May 4, 2021. Sentencing as to Defendant LEUNG is presently scheduled for

1

November 2, 2021 at the hour of 10:00 a.m.  The Presentence Investigation Report was completed and served by U.S. Probation Officer Leo Sanchez on June 25, 2021.

2. Defendant LEUNG and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate the contents of the Presentence Investigation Report, complete arrangements for the presentation of evidence and testimony in extenuation and mitigation, and to prepare an effective Sentencing Memorandum to assist the Court in determining the best sentence for Defendant LEUNG.  A sixty to ninety day postponement of the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the Government does not object to Defendant LEUNG's request.

3. Defendant LEUNG is presently free on pretrial release pending his sentencing, and does not object to the requested continuance.  He is determined to insure that the Court has all relevant and available information or advocacy on his behalf before the sentencing.  Denial of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately prepare for his sentencing hearing.

4. This is the second request to continue Defendant LEUNG's sentencing hearing.

DATED this 7th day of October, 2021.

| BOIES SCHILLER FLEXNER LLP | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By: s/ Richard J. Pocker<br>    RICHARD J. POCKER, ESQ.<br>    Counsel for Yiu Sing Leung | By: s/ Jacob Operskalski<br>    JACOB OPERSKALSKI<br>    Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>v.          )<br>            )<br>YIU SING LEUNG, )<br>            )<br>        Defendant. )<br>_____ ) | Case No.: 2:20-cr-00301-RFB-BNW |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for November 2, 2021, at the hour of 10:00 a.m., be vacated and continued to  February 3, 2022 at 9:00 AM .

DATED: October 13, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3