BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
  YIU SING LEUNG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00301-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| YIU SING LEUNG, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Jacob Operskalski, Esq., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant YIU SING LEUNG, that the sentencing hearing in the above-captioned matter, currently scheduled for February 3, 2022 at the hour of 9:00 a.m., be vacated and continued for at least ninety (90) days.

This Stipulation is entered for the following reasons:

1.      Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the present case on May 4, 2021. Sentencing as to Defendant LEUNG is presently scheduled for

1

February 3, 2022 at the hour of 9:00 a.m.  The Presentence Investigation Report was completed and served by U.S. Probation Officer Leo Sanchez on June 25, 2021.

2. Defendant LEUNG and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, complete arrangements for the presentation of evidence and testimony in extenuation and mitigation, and to prepare an effective Sentencing Memorandum to assist the Court in determining the best sentence for Defendant LEUNG.  A ninety day postponement of the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the Government does not object to Defendant LEUNG's request.

3. Defendant LEUNG is presently free on pretrial release pending his sentencing, and does not object to the requested continuance.  He is determined to ensure that the Court has all relevant and available information or advocacy on his behalf before the sentencing.  Denial of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately prepare for his sentencing hearing.

4. This is the third request to continue Defendant LEUNG's sentencing hearing.

DATED this 11th day of January, 2022.

| BOIES SCHILLER FLEXNER LLP | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By: s/ Richard J. Pocker<br>    RICHARD J. POCKER, ESQ.<br>    Counsel for Yiu Sing Leung | By: s/ Jacob Operskalski<br>    JACOB OPERSKALSKI<br>    Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:20-cr-00301-RFB-BNW |
| v. | ) |
| YIU SING LEUNG, | ) |
| Defendant. | ) |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for February 3, 2022, at the hour of 9:00 a.m., be vacated and continued to <u>May 10, 2022 at 11:00 AM</u>.

DATED: <u>January 12, 2022.</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3