1  BOIES SCHILLER FLEXNER LLP
   RICHARD J. POCKER, ESQ.
2  Nevada Bar No. 3568
3  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
4  Telephone (702) 382-7300

5  Attorney for Defendant
6    YIU SING LEUNG

7
                  UNITED STATES DISTRICT COURT
8
                  FOR THE DISTRICT OF NEVADA
9

10

UNITED STATES OF AMERICA,            )
11                                    )
              Plaintiff,              )      Case No.: 2:20-cr-00301-RFB-BNW
12                                    )
13 v.                                 )      **STIPULATION TO CONTINUE**
                                      )      **SENTENCING HEARING**
14 YIU SING LEUNG,                    )      **(Fourth Request)**
15                                    )
              Defendant.              )
16 _____  )

17

18        IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou,

19 Acting United States Attorney, and Jacob Operskalski, Esq., Assistant United States Attorney,

20 counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and

21 Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant

22 YIU SING LEUNG, that the sentencing hearing in the above-captioned matter, currently

23 scheduled for May 10, 2022 at the hour of 11:00 a.m., be vacated and continued for at least

24 ninety (90) days.

25        This Stipulation is entered for the following reasons:

26        1.     Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the

27 present case on May 4, 2021.  Sentencing as to Defendant LEUNG is presently scheduled for

28

                                            1

1  May 10, 2022 at the hour of 11:00 a.m.  The Presentence Investigation Report was completed

2  and served by U.S. Probation Officer Leo Sanchez on June 25, 2021.

3         2.      Defendant LEUNG and his counsel require additional time to prepare for the

4  sentencing hearing, including time to evaluate and address the contents of the Presentence

5  Investigation Report, complete arrangements for the presentation of evidence and testimony in

6  extenuation and mitigation, have discussions with the Government regarding the appropriate

7  sentencing calculations, and to prepare an effective Sentencing Memorandum to assist the

8  Court in determining the best sentence for Defendant LEUNG.  A ninety day postponement of

9  the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the

10 Government does not object to Defendant LEUNG's request.

11        3.      Defendant LEUNG is presently free on pretrial release pending his sentencing,

12 and does not object to the requested continuance.  He is determined to ensure that the Court has

13 all relevant and available information or advocacy on his behalf before the sentencing.  Denial

14 of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately

15 prepare for his sentencing hearing.

16        4.      This is the fourth request to continue Defendant LEUNG's sentencing hearing.

17        DATED this 5th day of April, 2022.

18 BOIES SCHILLER FLEXNER LLP                    CHRISTOPHER CHIOU
                                                 Acting United States Attorney
19

20 By: s/ Richard J. Pocker                      By: s/ Jacob Operskalski
       RICHARD J. POCKER, ESQ.                       JACOB OPERSKALSKI
21     Counsel for Yiu Sing Leung                    Assistant United States Attorney

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:20-cr-00301-RFB-BNW |
| | ) | |
| v. | ) | |
| | ) | |
| YIU SING LEUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for May 10, 2022, at the hour of 11:00 a.m., be vacated and continued to August 8, 2022 at 9:00 AM in LV Courtroom 7C.

DATED this 6th day of April, 2022.

RICHARD F. BOULWAE, II
UNITED STATES DISTRICT JUDGE

3