BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
  YIU SING LEUNG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:20-cr-00301-RFB-BNW |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| YIU SING LEUNG, | **(Sixth Request)** |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, Esq. United States Attorney, and Jacob Operskalski, Esq., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant YIU SING LEUNG, that the sentencing hearing in the above-captioned matter, currently scheduled for September 15, 2022 at the hour of 9:00 a.m., be vacated and continued for at least sixty (60) days.

   This Stipulation is entered for the following reasons:

   1.   Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the present case on May 4, 2021.  Sentencing as to Defendant LEUNG is presently scheduled for September 15, 2022 at the hour of 9:00 a.m.  The Presentence Investigation Report was

completed and served by U.S. Probation Officer Leo Sanchez on June 25, 2021.  That Report has not been subsequently modified.

2. Defendant LEUNG and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, complete arrangements for the presentation of evidence and testimony in extenuation and mitigation, have discussions with the Government regarding the appropriate sentencing calculations, and to prepare an effective Sentencing Memorandum to assist the Court in determining the best sentence for Defendant LEUNG.  One of Defendant LEUNG's co-defendants was expected to stand trial beginning September 12, 2022, but has now entered a plea of guilty.  Defendant LEUNG and counsel had postponed his sentencing to a date after that trial so as to give him an opportunity to further act to assist in a just resolution of this case.  Counsel for Defendant LEUNG is also scheduled to be involved in trial in Pope Investments, et al. v. China Yida, a matter pending in Nevada state court on the trial stack commencing on September 6, 2022.  This trial is almost certainly to conflict with the present sentencing date.  A sixty day postponement of the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the Government does not object to Defendant LEUNG's request.

3. Defendant LEUNG is presently free on pretrial release pending his sentencing, and does not object to the requested continuance.  He is determined to ensure that the Court has all relevant and available information or advocacy on his behalf before the sentencing.  Denial of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately prepare for his sentencing hearing.

4. This is the sixth request to continue Defendant LEUNG's sentencing hearing.

DATED this 25th day of August, 2022.

| BOIES SCHILLER FLEXNER LLP | JASON FRIERSON |
| | United States Attorney |
| By: s/ Richard J. Pocker | By: s/ Jacob Operskalski |
| RICHARD J. POCKER, ESQ. | JACOB OPERSKALSKI |
| Counsel for Yiu Sing Leung | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.: 2:20-cr-00301-RFB-BNW<br>) |
| v. | )<br>) |
| YIU SING LEUNG, | )<br>) |
| Defendant. | )<br>) |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for September 15, 2022, at the hour of 9:00 a.m., be vacated and continued to November 17, 2022 at 8:15 AM in LV Courtroom 7C.

DATED: August 26, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3