BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
  YIU SING LEUNG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cr-00301-RFB-BNW |
| ) | |
| v. ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| YIU SING LEUNG, ) | **(Seventh Request)** |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, Esq. United States Attorney, and Jacob Operskalski, Esq., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant YIU SING LEUNG, that the sentencing hearing in the above-captioned matter, currently scheduled for November 17, 2022 at the hour of 8:15 a.m., be vacated and continued for at least sixty (60) days.

    This Stipulation is entered for the following reasons:

    1.    Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the present case on May 4, 2021.  Sentencing as to Defendant LEUNG is presently scheduled for November 17, 2022 at the hour of 8:15 a.m.  The Presentence Investigation Report was

1

completed and served by U.S. Probation Officer Leo Sanchez on June 25, 2021.  That Report has not been subsequently modified.

  2. Defendant LEUNG and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, complete arrangements for the presentation of evidence and testimony in extenuation and mitigation, have discussions with the Government regarding the appropriate sentencing calculations, and to prepare an effective Sentencing Memorandum to assist the Court in determining the best sentence for Defendant LEUNG.  Both of Defendant LEUNG's co-defendants who were expected to stand trial beginning September 12, 2022, have now entered pleas of guilty.  The resolution of the co-defendants' cases alters the considerations which will be central to Defendant LEUNG's sentencing, and preparation for that hearing will require a different focus.  A sixty day postponement of the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the Government does not object to Defendant LEUNG's request, as it is willing to have further discussions with defense counsel regarding "safety valve" considerations.

  3. In addition to the foregoing considerations, undersigned counsel for Defendant LEUNG served as lead trial counsel for the Respondents in <u>China Yida Holding Company v. Pope Investments, LLC</u>, Case Number A-16-746732-P, which was tried in the Eighth Judicial District Court between September 26 and October 10, 2022.  The trial had a significant impact on counsel's availability to attend to matters in other cases, including the present case.  He is also set to commence trial on November 28, 2022 in the matter of <u>Rimini Street, Inc. v. Oracle International Corporation</u>, Case Number 2:14-cv-01699-MMD-DJA currently pending before the Honorable Miranda M. Du, necessitating a lengthier postponement of the November 17, 2022 sentencing hearing than might otherwise be necessary.  Undersigned counsel for the Government is also scheduled to be in a moderately lengthy jury trial beginning October 31, 2022, effecting his ability to address the outstanding issues relevant to Defendant LEUNG's sentencing.

4. Defendant LEUNG is presently free on pretrial release pending his sentencing, and does not object to the requested continuance. He is determined to ensure that the Court has all relevant and available information or advocacy on his behalf before the sentencing. Denial of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately prepare for his sentencing hearing.

5. This is the seventh request to continue Defendant LEUNG's sentencing hearing.

DATED this 24th day of October, 2022.

| BOIES SCHILLER FLEXNER LLP | JASON FRIERSON<br>United States Attorney |
|---|---|
| By: s/ Richard J. Pocker<br>RICHARD J. POCKER, ESQ.<br>Counsel for Yiu Sing Leung | By: s/ Jacob Operskalski<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )  Case No.: 2:20-cr-00301-RFB-BNW<br>) |
| v. | )<br>) |
| YIU SING LEUNG, | )<br>) |
| Defendant. | ) |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for November 17, 2022, at the hour of 8:15 a.m., be vacated and continued to January 26, 2023 at 11:00 AM in LV Courtroom 7C.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE:  October 25, 2022.

4