BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorney for Defendant
YIU SING LEUNG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YIU SING LEUNG, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:20-cr-00301-RFB-BNW <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> **(Thirteenth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, Esq. United States Attorney, and Jacob Operskalski, Esq., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA (hereinafter, "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP, counsel for Defendant YIU SING LEUNG, that the sentencing hearing in the above-captioned matter, currently scheduled for April 16, 2024 at the hour of 8:15 a.m., be vacated and continued for at least sixty (60) days.

This Stipulation is entered for the following reasons:

1. Defendant LEUNG entered his plea of guilty to Count I of the Indictment in the present case on May 4, 2021. Sentencing as to Defendant LEUNG is presently scheduled for April 16, 2024, at the hour of 8:15 a.m. The Presentence Investigation Report was completed and served by U.S. Probation Officer Leo Sanchez on June 25, 2021. That Report has not been

1

1. subsequently modified. Defendant LEUNG filed his Sentencing Memorandum on April 17, 2023. Counsel for Defendant LEUNG intends to file a Supplemental Sentencing Memorandum as the sentencing hearing approaches to update the Court as to matters critical to the determination of a fair sentence for Defendant LEUNG.

2. Defendant LEUNG and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report in light of ongoing developments, complete arrangements for the presentation of evidence and testimony in extenuation and mitigation, have discussions with the Government regarding the appropriate sentencing calculations and potential Government motions, as well as to potentially amend or supplement his Sentencing Memorandum to assist the Court in determining the best sentence for Defendant LEUNG. Both of Defendant LEUNG's co-defendants who were expected to stand trial during September 2022, have entered pleas of guilty, and both were sentenced in 2023. The resolution of the co-defendants' cases altered the considerations which will be central to Defendant LEUNG's sentencing, and preparation for that hearing has required a different focus. A sixty-day postponement of the sentencing hearing will facilitate Defendant LEUNG's preparation for that hearing, and the Government does not object to Defendant LEUNG's request, as it is willing to have further discussions with defense counsel regarding "safety valve" considerations, and other important developments relevant to sentencing.

3. Defendant LEUNG is presently free on pretrial release pending his sentencing and does not object to the requested continuance. He is determined to ensure that the Court has all relevant and available helpful information or advocacy on his behalf before the sentencing. Denial of this request would be a miscarriage of justice given Defendant LEUNG's right to adequately prepare for his sentencing hearing and to have the Court consider all relevant information about his conduct, including that which is ongoing.

4. This is the thirteenth request to continue Defendant LEUNG's sentencing hearing.

DATED this 12th day of March, 2024.

| BOIES SCHILLER FLEXNER LLP | JASON FRIERSON |
| --- | --- |
|  | United States Attorney |
| By: s/ Richard J. Pocker | By: s/ Jacob Operskalski |
| RICHARD J. POCKER, ESQ. | JACOB OPERSKALSKI |
| Counsel for Yiu Sing Leung | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YIU SING LEUNG, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:20-cr-00301-RFB-BNW |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for April 16, 2024, at the hour of 8:15 a.m., be vacated and continued to June 28, 2024 at 8:30 a.m.

_____
UNITED STATES DISTRICT JUDGE

4