Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YIU SING LEUNG,<br><br>Defendant. | Case No.: 2:20-cr-00301-RFB-BNW-03<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant YIN SING LEUNG hereby substitutes Ross C. Goodman, Esq., Bar No. 7722, 520 South 4th Street, 2nd Fl., Las Vegas, Nevada 89101, 702-383-5088 as attorney of record in place and stead of Dawn Penn.

Dated this 21st day of July 2026.

Yin Sing Leung

Dated this 21st day of July 2026.

/s/ Heidi Ojeda, for
Dawn Penn

I am duly admitted to practice in this District.

Dated this 21st day July 2026.

Ross C. Goodman

**APPROVED and ORDERED:**

Dated 7/22/2026

**UNITED STATES DISTRICT JUDGE**



GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088